# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIC PLASNYER,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 77583

**FILED**

DEC 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders denying a motion for order to show cause and denying a motion for production of documents, papers, pleadings and tangible property of defendant. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from the aforementioned district court orders. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Further, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-909958

cc:   Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Bric Plasnyer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk